IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CAMERON BUSH )
)
v. ) NO. 3-15-0662
) JUDGE CAMPBELL
CHRISTINE SELF, et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 37), Objections filed by the Plaintiff (Docket No. 40), and a Response to the Objections filed by Defendants (Docket No. 41).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, the Response and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, this action is DISMISSED for Plaintiff's lack of standing, and the Clerk is directed to close the file. All pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                            _____
                                                            TODD J. CAMPBELL
                                                            UNITED STATES DISTRICT JUDGE